No 193. Ex PARTE NAZARIO, NOTARY PUBLIC.—Petition by the National Surety Company for the termination of notarial surety bond No. 575 executed by said company on August 12, 1910, as surety for Notary Amadeo Nazario Lugo. Decided December 28, 1914. Bond terminated to take effect February 26, 1915. The petitioner appeared by brief through its agent, Mr. Harry F. Besosa.